NO. CAAP-19-0000767

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM H. GILLIAM, Plaintiff-Appellant, v.
DAN ELLIOTT, also known as DANIEL J. ELLIOT, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 5CC191000045)

ORDER GRANTING IN PART MOTION TO DISMISS APPEAL,
OR IN THE ALTERNATIVE, MOTION TO STRIKE OPENING BRIEF
(By: Wadsworth, J.)

Upon consideration of the "Motion to Dismiss Appeal, or in the Alternative, Motion to Strike Plaintiff-Appellant's Opening Brief," filed on April 30, 2020, by Defendant-Appellee Dan Elliott, also known as Daniel J. Elliott, the papers in support, and the record, it appears that (1) the March 12, 2020 Opening Brief by self-represented litigant Plaintiff-Appellant William H. Gilliam (**Appellant**) fails to include citations to the record on appeal, in violation of Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 28(b)(3), (4), and (7), and (2) HRAP Rule 30 provides when an appellant's brief does not conform with the HRAP, it may be stricken.

Therefore, IT IS HEREBY ORDERED that the motion is granted in part. The Opening Brief, filed March 12, 2020, is stricken. Within thirty days from the date of this order, Appellant shall file a first amended opening brief that includes

citations to the record, consistent with HRAP Rule 28(b)(3), (4), and (7).

IT IS FURTHER ORDERED that the answering brief in response to the first amended opening brief shall be filed within the time prescribed by HRAP Rule 28(c).

DATED: Honolulu, Hawaiʻi, May 11, 2020.

/s/ Clyde J. Wadsworth
Associate Judge

2